

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00497-CV

Jonathan **GUERRA** and Lisa Alfrey,
Appellants

v.

Veronica **ENOCHS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-12367
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
           Lori Massey Brissette, Justice
           Adrian A. Spears II, Justice

Delivered and Filed: September 24, 2025

DISMISSED

On September 4, 2025, appellants filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. We therefore dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM